# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ELOISE MCLEMORE,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 4:24-cv-08324-JST<br><br>~~PROPOSED~~ JUDGMENT |

    IT IS ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

    JUDGMENT is entered for Plaintiff, and this case is closed.

Dated: April 17, 2025

_____
THE HON. JON S. TIGAR
United States District Judge

~~Proposed~~ Judgment [4:24-cv-08324-JST]        1